## UNITED STATES *versus* ONE BARREL OF COFFEE, ONE BOX OF TEA AND TWENTY MUSKRAT SKINS CLAIMED BY AUGUSTIN LAGRAVE

JOURNAL ENTRIES (1815): *Journal 2:* (1) Libel filed *p. 454; (2) transferred to court sitting as a Circuit and District Court of U. S. *p. 476.

PAPERS IN FILE: (1) Libel; (2) replication; (3–4) subpoenas; (5) affidavit of Barbary Desmond; (6) testimony of James May, John B. Thibodeau, Francis Savignac and Patrick Fitzpatrick; (7) testimony of Henry Berthelet; (8) copy of note and of receipt; (9) abstract of compensation to clerk of court sitting as a Circuit and District Court of U. S.

## UNITED STATES *versus* ONE BARREL OF SPIRITUOUS LIQUOR CALLED "SHRUB" AND ONE SHIP'S BOAT OR LIGHTER

JOURNAL ENTRIES (1815): *Journal 2:* (1) Libel filed *p. 454; (2) transferred to court sitting as a Circuit and District Court of U. S. *p. 476.

PAPERS IN FILE: (1) Libel.

## UNITED STATES *versus* WHITMORE KNAGGS

JOURNAL ENTRIES (1815): *Journal 2:* (1) Plea, jury trial, verdict, discharge *p. 455.

PAPERS IN FILE: (1) Recognizance to keep the peace; (2) indictment.

*Office Docket*, MS p. 30, c. 72.